KENNAN GEORGE DANDAR, Dandar & Dandar, P.A., Tampa, FL, argued for petitioner.

ERIC JOHN SINGLEY, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for intervenor. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., CLAUDIA BURKE.

KATHERINE M. SMITH, Office of the General Counsel, United States Merit Systems Protection Board, Washington, DC for respondent. Also represented by BRYAN G. POLISUK.

(Moore, Clevenger, and Chen, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

KENNETH M. CARPENTER, Law Offices of Carpenter Chartered, Topeka, KS, argued for claimant-appellant.

KRISTIN MCGRORY, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., MARTIN F. HOCKEY, JR.; Y. KEN LEE, BRYAN THOMPSON, Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

(Moore, Clevenger, and Chen, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**Keith M. ACKERSON, Claimant-Appellant**

v.

**David J. SHULKIN, Secretary of Veterans Affairs, Respondent-Appellee**

**2016-1486**

United States Court of Appeals, Federal Circuit.

April 6, 2017

**NET TALK.COM, INC., a Florida Corporation, Plaintiff-Appellee**

v.

**MAGICJACK VOCALTEC LTD., an Israel Limited Partnership, Magicjack Holdings Corporation, a Delaware Corporation, FKA YMAX Holdings Corporation, Magicjack LP, a Delaware Limited Partnership, Defendants-appellants**